# United States Court of Appeals for the Federal Circuit

---

**EPIC SYSTEMS CORPORATION,**

*Plaintiff-Appellee*

**v.**

**DECAPOLIS SYSTEMS, LLC,**

*Defendant-Appellant*

---

2023-1302

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:22-cv-80173-DMM, Judge Donald M. Middlebrooks.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 4, 2024
Date

Jarrett B. Perlow
Clerk of Court